# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| WILLIAM LEE GRANT, II | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18cv291 |
| | § | |
| U.S. DEPARTMENT OF THE TREASURY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (Docket No. 4), filed on June 25, 2018, recommends that Plaintiff's motion to proceed *in forma pauperis* be denied and that the complaint be dismissed with prejudice as barred by the doctrine of *res judicata* and as frivolous under 28 U.S.C. § 1915(e)(2). Docket No. 4. Plaintiff filed written objections on July 3, 2018. Docket No. 6.

In his written objections, Plaintiff does not present any facts to dispute the finding that the complaint is barred by *res judicata*. Similarly, Plaintiff does not dispute that, pursuant to an order entered in the Northern District of Texas in *William Lee Grant, II v. United States Department of Defense*, Civil Action No. 4:18-cv-471, he is prohibited from proceeding *in forma pauperis* until he pays a sanction of $100. Plaintiff filed this lawsuit seeking to proceed *in forma pauperis* even though he has not paid the sanction.

1

Having made a *de novo* review of the written objections filed by Plaintiff in response to the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. It is therefore

**ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (Docket No. 2) is **DENIED**. It is further

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** as barred by the doctrine of *res judicata* and as frivolous under 28 U.S.C. § 1915(e)(2).

Any motion not previously ruled on is **DENIED**.

**SIGNED this 7th day of August, 2018.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE